# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MURRYSVILLE WATCH COMMITTEE, | : | No. 56 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| MUNICIPALITY OF MURRYSVILLE | : | |
| ZONING HEARING BOARD AND | : | |
| MUNICIPALITY OF MURRYSVILLE | : | |
| v. | : | |
| | : | |
| OLYMPUS ENERGY LLC | : | |
| v. | : | |
| | : | |
| DAVID AND CINDY GESUALE, DOUGLAS | : | |
| AND DAVID GEIGER, BARRY AND | : | |
| PAMELA PAULISICK, FREE GOSPEL | : | |
| CHURCH, INC., DORIS AND JURGEN | : | |
| EKBERT, AND SAMUEL AND REGINA | : | |
| STAYMATES, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is

**DENIED**.